IN RE:  MEDICAL REVIEW PANEL PROCEEDINGS OF TRAVIS PORCHE (D); PCF FILE NO. 2021-00615

* NO. 2024-C-0792

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

DYSART, J., CONCURS IN THE RESULT